J. Stephen Peek, Esq. (NV Bar No. 1758)
Robert J. Cassity, Esq. (NV Bar No. 9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
speek@hollandhart.com
bcassity@hollandhart.com

Sheila A. Sadighi, Esq. (*Admitted Pro Hac Vice*)
Naomi D. Barrowclough, Esq. (*Admitted Pro Hac Vice*)
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
ssadighi@lowenstein.com
nbarrowclough@lowenstein.com

*Attorneys for Plaintiffs Fir Tree, Capital Management LP (f/k/a Fir Tree Inc.) d/b/a Fir Tree Partners*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIR TREE CAPITAL MANAGEMENT LP (f/k/a FIR TREE INC.) d/b/a FIR TREE PARTNERS,<br><br>Plaintiffs,<br><br>v.<br><br>COMPARTMENT IT2, LP, COMPARTMENT IT5, LP, COMPARTMENT IT9, LP, and MFAM MOBILFUNK ASSET MANAGEMENT GMBH<br><br>Defendants. | CASE NO.: 2:18-cv-00773-JAC-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR RESPONSE AND REPLY BRIEFS RE: DEFENDANTS' MOTION TO DISMISS (ECF NO. 11)**<br><br>**(First Request)**<br><br>ECF No. 15 |

Pursuant to LR IA 6-1, Plaintiff Fir Tree Capital Management LP (f/k/a Fir Tree Inc.) d/b/a Fir Tree Partners ("Plaintiff") and Defendants Compartment IT2, LP, Compartment IT5, LP, Compartment IT9, LP, and MfAM Mobilfunk Asset Management GmbH ("Defendants"),

1

by and through their respective attorneys of record, stipulate as follows:

1. On November 9, 2018, Defendants filed a Motion to Dismiss (ECF No. 11) (the "Motion to Dismiss").

2. Pursuant to LR II 7-2(b), the deadline for Plaintiff's response to the Motion to Dismiss is November 23, 2018, which is the Friday immediately following the Thanksgiving holiday.

3. The parties agree that Plaintiff shall have an extension from November 23, 2018 to Monday, December 10, 2018 to file their response to the Motion to Dismiss.

4. The parties further agree that Defendants shall have an extension from December 17, 2018 until December 20, 2018 to file their reply brief in support of the Motion to Dismiss.

5. The parties' reasons underlying the requested extensions of the current deadlines are counsel's schedules and other case demands during the relevant time frame, including the upcoming Thanksgiving holiday. The parties believe that these requested extensions are reasonable and appropriate under the circumstances.

6. This is the parties' first request for an extension of the deadlines for Plaintiff to file a response to the Motion to Dismiss and Defendants to file a reply brief in support of the Motion to Dismiss. This stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this ___ day of November 2018        DATED this ___ day of November 2018


/s/ Robert J. Cassity, Esq.                /s/ Joe Laxague, Esq.
J. Stephen Peek, Esq. (1758)               Joe Laxague, Esq. (7417)
Robert J. Cassity, Esq. (9779)             Laxague Law, Inc.
Holland & Hart LLP                         1 East Liberty, Suite 600
9555 Hillwood Drive, 2nd Floor             Reno, NV 89501
Las Vegas, Nevada 89134

///

2

**Stipulation and Order to Extend Deadlines for Response and Reply Briefs Re: Defendants' Motion to Dismiss (ECF No. 11), cont'd**

| | |
|---|---|
| Sheila A. Sadighi, Esq. | Roger A. Lane, Esq. |
| (*Pro Hac Vice Forthcoming*) | Foley & Lardner, LLP |
| Naomi D. Barrowclough, Esq. | 111 Huntington Avenue |
| (*Pro Hac Vice Forthcoming*) | Boston, MA 02199-7610 |
| Lowenstein Sandler LLP | |
| One Lowenstein Drive | *Attorneys for Defendants* |
| Roseland, NJ 07068 | |

*Attorneys for Plaintiff Fir Tree Capital Management LP (f/k/a Fir Tree Inc.) d/b/a Fir Tree Partners*

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 18, 2018

3