J. Stephen Peek, Esq. (NV Bar No. 1758)
Robert J. Cassity, Esq. (NV Bar No. 9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
speek@hollandhart.com
bcassity@hollandhart.com

Sheila A. Sadighi, Esq. (*pro hac vice*)
Naomi D. Barrowclough, Esq. (*pro hac vice*)
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
ssadighi@lowenstein.com
nbarrowclough@lowenstein.com

*Attorneys for Plaintiffs Fir Tree Capital Management LP*
*(f/k/a Fir Tree Inc.) d/b/a Fir Tree Partners, and FT CIG Litigation, LLC*
*as assignee of Fir Tree Capital Opportunity (LN) Master Fund, L.P.*
*and Fir Tree Ref III Tower LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIR TREE CAPITAL MANAGEMENT LP (f/k/a FIR TREE INC.) d/b/a FIR TREE PARTNERS, and FT CIG LITIGATION, LLC, as assignee of FIR TREE CAPITAL OPPORTUNITY (LN) MASTER FUND, L.P. AND FIR TREE REF III TOWER LLC,<br><br>Plaintiffs,<br>v.<br>COMPARTMENT IT2, LP, COMPARTMENT IT5, LP, COMPARTMENT IT9, LP, and MFAM MOBILFUNK ASSET MANAGEMENT GMBH,<br><br>Defendants. | CASE NO.: 2:18-cv-00773-JAC-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT DISCOVERY PLAN/SCHEDULING ORDER**<br><br>**(SECOND REQUEST)** |

Plaintiffs and all named Defendants herein, by and through their attorneys of record, hereby stipulate and move the Court to extend the deadline for the Parties to submit a stipulated

1

Discovery Plan and Scheduling Order pursuant to FRCP 26(f) and LR 26-1. This is the parties' second stipulation for extension of time to file a stipulated Discovery Plan and Scheduling Order.

**RECITALS**

1. The Amended Complaint in this action was filed on January 31, 2019. (ECF No. 31). Defendants' Motion to Dismiss the Amended Complaint was filed on March 4, 2019 (ECF No. 33). Plaintiffs' Opposition to the Motion to Dismiss was filed on April 5, 2019 (ECF No. 37). Defendants' Reply in Support of the Motion to Dismiss was filed on April 19, 2019 (ECF No. 39).

2. On July 1, 2019 a Stipulation and Order to Extend Time to Submit Discovery Plan/Scheduling Order (First Request) (ECF No. 41) was entered extending the deadline for the Parties to submit a proposed Discovery Plan and Scheduling Order to 14 days after the Court enters its ruling on the Motion to Dismiss.

3. On October 28, 2019 the Court entered an Order Granting in Part and Denying Part Defendants' Motion to Dismiss (ECF No. 43).

4. Accordingly, pursuant to the Stipulation and Order to Extend Time to Submit Discovery Plan/Scheduling Order, the current deadline for the parties to submit a proposed Discovery Plan and Scheduling Order is November 12, 2019.

5. The parties are requesting a brief extension to allow them additional time to determine whether they are able to resolve this matter.

6. This stipulation is not intended to hinder or delay, but rather is submitted for purposes of judicial economy. The parties therefore stipulate, and respectfully request, that the Court extend the deadline for the parties to submit a proposed Discovery Plan and Scheduling Order for a period of two weeks from November 12, 2019 to November 26, 2019.

///

///

2

# STIPULATION

IT IS HEREBY STIPULATED AS FOLLOWS:

The deadline for the parties to submit a proposed Discovery Plan and Scheduling Order Pursuant to FRCP 26(f) and LR 26-1 shall be extended from November 12, 2019 to November 26, 2019.

DATED this 8th day of November 2019

/s/ Robert J. Cassity
J. Stephen Peek, Esq. (NV Bar No. 1758)
Robert J. Cassity, Esq. (NV Bar No. 9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Sheila A. Sadighi, Esq. (*pro hac vice*)
Naomi D. Barrowclough, Esq.(*pro hac vice*)
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068

*Attorneys for Plaintiffs Fir Tree Capital Management LP (f/k/a Fir Tree Inc.) d/b/a Fir Tree Partners, and FT CIG Litigation, LLC as assignee of Fir Tree Capital Opportunity (LN) Master Fund, L.P. and Fir Tree Ref III Tower LLC*

DATED this 8th day of November 2019

/s/ Roger A. Lane
Joe Laxague, Esq. (NV Bar No. 7417)
LAXAGUE LAW, INC.
1 East Liberty, Suite 600
Reno, NV 89501

Roger A. Lane, Eq. (*pro hac vice*)
FOLEY & LARDNER, LLP
111 Huntington Avenue
Boston, MA 02199-7610

*Attorneys for Defendants*

IT IS HEREBY ORDERED that the status hearing scheduled for January 6, 2020, is VACATED.

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: 11-12-2019

13808661_v1

3