J. Stephen Peek, Esq. (NV Bar No. 1758)
Robert J. Cassity, Esq. (NV Bar No. 9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
speek@hollandhart.com
bcassity@hollandhart.com

Sheila A. Sadighi, Esq. (*pro hac vice*)
Naomi D. Barrowclough, Esq. (*pro hac vice*)
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
ssadighi@lowenstein.com
nbarrowclough@lowenstein.com

*Attorneys for Plaintiffs Fir Tree Capital Management LP*
*(f/k/a Fir Tree Inc.) d/b/a Fir Tree Partners, and FT CIG Litigation, LLC*
*as assignee of Fir Tree Capital Opportunity (LN) Master Fund, L.P.*
*and Fir Tree Ref III Tower LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIR TREE CAPITAL MANAGEMENT LP (f/k/a FIR TREE INC.) d/b/a FIR TREE PARTNERS, and FT CIG LITIGATION, LLC, as assignee of FIR TREE CAPITAL OPPORTUNITY (LN) MASTER FUND, L.P. AND FIR TREE REF III TOWER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>COMPARTMENT IT2, LP, COMPARTMENT IT5, LP, COMPARTMENT IT9, LP, and MFAM MOBILFUNK ASSET MANAGEMENT GMBH,<br><br>Defendants. | CASE NO.: 2:18-cv-00773-JAC-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 49 |

1

Plaintiffs Fir Tree Capital Management LP (f/k/a Fir Tree Inc.) d/b/a Fir Tree Partners ("Fir Tree" or "FT"); and FT CIG Litigation, LLC, as assignee of Fir Tree Capital Opportunity (LN) Master Fund, L.P. and Fir Tree Ref III Tower LLC (together, the "FT Funds") (FT CIG Litigation, LLC together with FT, "Plaintiffs"), and Compartment IT2, LP, Compartment IT5, LP, Compartment IT9, LP, and MFAM Mobilfunk Asset Management GMBH ("Defendants"), by and through their respective attorneys of record, hereby stipulate that this action shall be dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED this 14th day of January 2020

/s/ Robert J. Cassity, Esq.
J. Stephen Peek, Esq. (NV Bar No. 1758)
Robert J. Cassity, Esq. (NV Bar No. 9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Sheila A. Sadighi, Esq. (*pro hac vice*)
Naomi D. Barrowclough, Esq.(*pro hac vice*)
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068

*Attorneys for Plaintiffs*

DATED this 14th day of January 2020

/s/ Roger A. Lane, Esq.
Joe Laxague, Esq. (NV BAR NO. 7417)
LAXAGUE LAW, INC.
1 East Liberty, Suite 600
Reno, NV 89501

Roger A. Lane, Esq. (*pro hac vice*)
FOLEY & LARDNER, LLP
111 Huntington Avenue
Boston, MA 02199-7610

*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 49]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 14, 2020

13934422_v1